**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| 10 - 5TH, LLC, | : | Case No. 19-22132 |
| | : | |
| Debtor. | : | RE: ECF No. 13 |

**STIPULATED ORDER**
**GRANTING ADEQUATE PROTECTION**

WHEREAS, the parties have agreed to and acknowledged the following in connection with the Debtor's Motion for use of cash collateral and Moutinho's Motion for relief from stay; and Now therefore it is stipulated as follows:

1.    Moutinho holds a first position mortgage against certain real property owned by the Debtor and located at: (i) 10 Fifth Avenue, Stratford, Connecticut (the "Fifth Avenue Property"),

2.    The lien and security interest granted to Moutinho (the "Pre-Petition Lien") were duly perfected and are senior in time to all other liens and security interests in the collateral. The Debtor acknowledges the following:  The existence and due execution of mortgage and note owned and held by Moutinho; that the mortgage is properly recorded on the land records; that the note secured by the Pre-Petition Lien was in default prepetition and that the Pre-Petition Lien is enforceable against the Fifth Avenue Property; that a stipulated judgment of foreclosure entered in the Conn. Superior Court in December, 2019  in which the first law date for the owner was set for December 24, 2019; that the debtor acquired title to the subject real estate for no consideration and that the real estate taxes are in arrears on the Fifth Avenue Property and accumulating statutory interest at 18% per year in addition to water and sewer charges.

3.      In order to provide adequate protection to Moutinho and to prevent against the diminution or decline in value of his collateral, the Debtor agrees to the following payments:

a.      As to the Fifth Avenue Property, the Debtor shall pay Moutinho adequate protection of $1,000.00 per month with payments to be received by Moutinho on February 3, 2020 and the 3rd of every month thereafter.

b.      All payments of adequate protection to Moutinho shall be made payable to "Manuel Moutinho, Trustee" and shall be mailed to 1137 Seaview Avenue, Bridgeport, CT 06607.

4.      The Debtor shall also pay as adequate protection all accruing real estate taxes for the Fifth Avenue Property plus any other municipal charges for the Fifth Avenue Property such as sewer and water charges; plus the Debtor shall pay all post-petition *statutory* interest accruing on all taxes, sewer and water charges each and every month. All payments shall be paid to the municipality prior to the end of each month to cover all statutory interest accruing for each such month.

5.      This order is without prejudice to other proceedings and orders which may occur or enter in this case.

6.      In the event the Debtor fails to make the payments as set forth in this Order or to perform any other obligation required by the terms hereof and fails to make payment or otherwise comply within one week of notice and an opportunity to cure, Moutinho may file an Affidavit of Non Payment/Non Compliance with the court with a copy electronically transmitted to Debtor's counsel. The Debtor shall have five (5) days to file an opposing affidavit limited solely to the issue of payment  of the amount due or

of compliance.  Notice to the Debtor shall be made by electronic mail to Debtor's

counsel at jeff@jeffhellmanlaw.com, to the Debtor at jim@eastcoastdemolitionct.com

and by certified mail to the Debtor's address.  If no objection is filed by the Debtor then

an order granting in rem relief from stay may enter. If an objection is filed contesting

whether or not payment or compliance was made by the Debtor, then a hearing may be

scheduled limited to that issue and in rem relief..

      7.     It is further agreed that in the event stay relief does enter, that the 14 day

stay of Fed.R.Bankr.P. 4001(a)(3) shall not apply.


**THE UNDERSIGNED AGREE TO THE FORM
AND ENTRY OF THE FOREGOING ORDER**:

| | |
|---|---|
| The Debtor<br>10 – 5th, LLC | Manuel Moutinho, Trustee for the Mark<br>IV Construction Company, Inc., 401(K)<br>Savings Plan |

By:   */s/ Jeffrey Hellman*
      Jeffrey Hellman (ct04102)
      Law Offices of Jeffrey Hellman, LLC
      195 Church Street, 10th Floor
      New Haven, CT 06510
      jeff@jeffhellmanlaw.com
Dated:  February 11, 2020

By:   */s/ James M. Nugent*
      James M. Nugent, Esq. (ct08822)
      Harlow, Adams & Friedman, P.C.
      One New Haven Avenue, #100
      Milford, CT 06460
      jmn@quidproquo.com


**IT IS SO ORDERED** at Hartford, Connecticut this 13th day of February 2020.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut