# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
April 1, 2020

In re:
    10 – 5TH LLC
    Debtor*

Case Number: 19–22132
Chapter: 11

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held **on April 14, 2020 at 02:00 PM to consider and act upon the following matter(s)**:

    **Motion to Deposit Funds Required by Plan Filed by James M. Nugent on behalf of Manuel Moutinho, Trustee, Creditor. (Re: Doc #60)**

**TO THE FILING PARTY:** If the you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: April 1, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lbw